IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY M. KOEGEL FERTEL-RUST,

                Plaintiff,

  v.

CITY OF MILWAUKEE POLICE DEPT., et al.,

                Defendants.

ORDER

11-cv-211-wmc

---

MARY M. KOEGEL FERTEL-RUST,

                Plaintiff,

  v.

MILWAUKEE COUNTY SHERIFF'S DEPARTMENT, et al.,

                Defendants.

ORDER

11-cv-431-wmc

---

MARY M. KOEGEL FERTEL-RUST,

                Plaintiff,

  v.

THE VILLAGE INN MOTEL, et al.,

                Defendants.

ORDER

11-cv-448-wmc

---

MARY M KOEGEL FERTEL-RUST,

                Plaintiff,

  v.

CITY OF MILWAUKEE POLICE DEPT., et al.,

                Defendants.

ORDER

11-cv-680-wmc

| | |
|---|---|
| MARY M KOEGEL FERTEL-RUST, | ORDER |
| Plaintiff, | |
| v. | 11-cv-759-wmc |
| THE UNIVERSITY OF WIS - MILWAUKEE POLICE DEPART., et al., | |
| Defendants. | |

| | |
|---|---|
| MARY M KOEGEL FERTEL-RUST, | ORDER |
| Plaintiff, | |
| v. | 11-cv-784-wmc |
| THE CITY OF MILWAUKEE POLICE DEPT., et al., | |
| Defendants. | |

| | |
|---|---|
| MARY M FERTEL-RUST, | ORDER |
| Plaintiff, | |
| v. | 12-cv-6-wmc |
| CITY OF MILWAUKEE POLICE DEPT., *et al.* | |
| Defendants. | |

Mary Fertel-Rust is the *pro se* plaintiff in each of the above-captioned cases. However, the court has been unable to correspond with Fertel-Rust over the past several months. Moreover, multiple orders issued by the court in these and other cases initiated *pro se* by Mary Fertel-Rust have been returned as undeliverable.

It is Fertel-Rust's responsibility to provide the court with an address where she can be reached and to participate in her *pro se* lawsuits. Without the guarantee of Fertel-Rust's active involvement in this lawsuit, there is no reason to proceed with these cases.

Accordingly, IT IS ORDERED that each of these cases is administratively closed until Fertel-Rust notifies the court as to whether she wishes to proceed and, if so, provides new contact information. If the court hears nothing further from plaintiff within 120 days, the cases will be formally dismissed.

Entered this 18th day of January, 2013.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge